UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Chuck Thomas Considine,

                Petitioner,

vs.                                      ORDER ADOPTING THE
                                        REPORT AND RECOMMENDATION

Steve Hammer, et al.,

                Defendants.            Civ. No. 13-3225 (ADM/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.     That Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus, [Docket No. 9], is **GRANTED**; and

2.     That the Petition for a writ of habeas corpus is **DISMISSED with prejudice.**

3.     That Judgment is entered accordingly.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                                                       s/Ann D. Montgomery
                                                                       Ann D. Montgomery, Judge
DATED: August 26, 2014                               United States District Court
At Minneapolis, Minnesota